AO 91 (Rev 5/85) Criminal Complaint ⊕

# United States District Court

United States Magistrate Court
Southern District of Texas
**FILED**

OCT 1 5 2007

AAF
Michael N. Milby, Clerk
Laredo Division

_____Southern_____ DISTRICT OF _____Texas_____

UNITED STATES OF AMERICA
V.

Cecil Lovice BROWN (24 yoa)
San Antonio, Texas
and
Adrian SANDOVAL-Trujillo (32 yoa)
San Antonio, Texas
(Name and Address of Defendant)

*J.P.O.*
*$75,000*

*Nxt atty.*
*$75,m p.v.*
*10-25*

# CRIMINAL COMPLAINT

CASE NUMBER: *5:07-mj-1686 -01*
*-02*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or __October 13, 2007__ in _____Webb_____ County, in the

__Southern__ District of _____Texas_____ defendant(s) did, (Track Statutory Language of Offense)

knowingly and unlawfully possess with intent to distribute a controlled substance listed
under Schedule I, Title II, of the Controlled Substance Act, to-wit, approximately 41.5
kilograms, estimated gross weight, of marijuana.

in violation of Title ___21___ United States Code, ___841 (a)(1)___ .

I further state that I am a(n) ___DEA Special Agent___ and that this complaint is based on the following
Official Title

facts:

See Attachment "A"

Continued on the attached sheet and made a part          ☒ Yes   ☐ No

_____
Daniel A. Beaver, DEA Special Agent
Signature of Complainant

Sworn to before me, and subscribed in my presence,

__October 15, 2007__
Date

at _____Laredo, Texas_____
City and State

__Adriana Arce-Flores, U.S. Magistrate Judge__
Name and Title of Judicial Officer

_____
Signature of Judicial

# ATTACHMENT "A"

On October 13, 2007, U.S. Border Patrol Agents arrested Cecil Lovice BROWN and Adrian SANDOVAL-Trujillo at the IH-35 checkpoint north of Laredo, Texas. At approximately 8:30 PM, BROWN, along with passenger SANDOVAL, approached the checkpoint while driving a blue 1994 Chevrolet Silverado pickup, bearing Texas license plate ▓▓▓▓▓▓ registered to Cecil BROWN. During an immigration inspection of BROWN and SANDOVAL, a USBP service canine alerted to the presence of contraband and/or concealed persons underneath the rear of the vehicle. During an inspection of the vehicle by USBP agents, 2 bundles of marijuana, weighing approximately 41.5 kgs, were discovered concealed in the gas tank of the vehicle. DEA agents responded to the seizure and interviewed BROWN and SANDOVAL after advisement of their Miranda Rights. BROWN stated that he knew that there was marijuana concealed within the vehicle and was going to get paid $10,000 by SANDOVAL to assist in the transportation of the marijuana from Nuevo Laredo, MX to San Antonio, TX. SANDOVAL stated that the marijuana located in the gas tank of the vehicle was his and advised agents that he purchased the marijuana in Zacatecas, Mexico approximately 2 months ago for $60 per kilogram. BROWN and SANDOVAL were subsequently processed and transported to the Webb County Jail pending their initial appearance in Federal Court.